# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:24-cr-00475 |
| Plaintiff, | ) ) ) | JUDGE DAVID A. RUIZ |
| vs. | ) ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND |
| LAPRIECE WHITTED, | ) ) | REFERRAL TO U.S. PROBATION OFFICE |
| Defendant. | ) ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jonathan D. Greenberg regarding the change of plea hearing of Lapriece Whitted which was referred to the Magistrate Judge with the consent of the parties.

On December 19, 2024, the Government filed a single count Indictment, charging Defendant Lapriece Whitted with Count 1, Felon in Possession of a Firearm and Ammunition, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8). Defendant Lapriece Whitted was arraigned on December 23, 2024, during which Lapriece Whitted entered a plea of not guilty to the charge. On April 23, 2025 Magistrate Judge Jonathan D. Greenberg received Defendant Lapriece Whitted's plea of guilty to Count 1 of the Indictment, with a written plea agreement, and issued the R&R, recommending that the court accept Defendant's guilty plea and enter a finding of guilty. Neither party have submitted objections to the Magistrate Judge's R&R.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Lapriece Whitted is found to be competent to enter a plea and to understand their constitutional rights. Defendant is aware of the charges and of the consequences of entering a guilty plea.

There is an adequate factual basis for the plea. The Court finds Defendant entered the plea knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Lapriece Whitted is adjudged guilty of Count 1 of the Indictment, with Felon in Possession of a Firearm and Ammunition, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will occur pursuant to the Order on the docket.

IT IS SO ORDERED.

*s/David A. Ruiz*     8/26/2025
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE